1

JUDGE RICARDO S. MARTINEZ

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

| | |
|---|---|
| COGENT BRAIN, PS,<br><br>                                   Plaintiff,<br><br>            vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, INC., a Washington corporation, and FIRST NATIONAL INSURANCE OF AMERICA, a Washington corporation; LIBERTY MUTUAL FIRE INSURANCE CO. and LIBERTY MUTUAL INSURANCE COMPANY, foreign insurance companies,<br><br>                                   Defendants. | No.  2:23-cv-00544<br><br>ORDER GRANTING DEFENDANTS' RULE 15(a)(2) MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO CLASS ACTION COMPLAINT FOR VIOLATION OF CONSUMER PROTECTION ACT, RCW  19.86 *et seq.* AND A COUNTERCLAIM FOR DECLARATORY JUDGMENT |
| LAWRENCE A. THOMAS, DC, PS, d/b/a CAPITOL HILL CHIROPRACTIC and BC CHIROPRACTIC d/b/a Cooper Chiropractic, Plaintiffs, vs. SAFECO INSURANCE COMPANY OF AMERICA, INC., a Washington corporation, and FIRST NATIONAL INSURANCE OF AMERICA, a Washington corporation;<br><br>                                   Defendants. | No.  2:23-cv-00545 |

ORDER GRANTING DEFS' RULE 15(a)(2)
MTN FOR LEAVE TO FILE AMENDED
ANSWER AND COUNTERCLAIM FOR DECL
JUDGMENT (Cause No. 2:23-cv-00544 RSM) – 1
SLE6892.057/4437590X



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

THIS MATTER having come on for hearing before The Honorable Ricardo Martinez

on Defendant First National Insurance Company of America's Motion for Leave to file an

amended answer and a single-count, counterclaim for declaratory judgment, and the Court

having considered:

      1.     Defendants' Rule 15(A)(2) Motion for Leave to File an Amended Answer to

Class Action Complaint for Violation of Consumer Protection Act, RCW  19.86 et seq. and a

Counterclaim for Declaratory Judgment;

      2.

      3.

      4.

the files and pleadings herein, now, therefore,

      IT IS HEREBY ORDERED THAT  Defendants' Rule 15(A)(2) Motion for Leave to

File an Amended Answer to Class Action Complaint for Violation of Consumer Protection

Act, RCW  19.86 et seq. and a Counterclaim for Declaratory Judgment is GRANTED.

      DATED this 16th day of June, 2023.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFS' RULE 15(a)(2)
MTN FOR LEAVE TO FILE AMENDED
ANSWER AND COUNTERCLAIM FOR DECL
JUDGMENT (Cause No. 2:23-cv-00544 RSM) – 2
SLE6892.057/4437590X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**CERTIFICATE OF ELECTRONIC SERVICE**

      I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

<u>Attorney for Plaintiff</u>
David E. Breskin
Cynthia J. Heidelberg
BRESKIN JOHNSON & TOWNSEND
1000 Second Ave., Suite 3670
Seattle, WA  98104
dbreskin@bjtlegal.com; cheidelberg@bjtlegal.com; admin@bjtlegal.com

      SIGNED this 18th day of May, 2023, at Seattle, Washington.


                   s/ Traci Jay
                   Traci Jay

ORDER GRANTING DEFS' RULE 15(a)(2)
MTN FOR LEAVE TO FILE AMENDED
ANSWER AND COUNTERCLAIM FOR DECL
JUDGMENT (Cause No. 2:23-cv-00544 RSM) – 3
SLE6892.057/4437590X



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273