HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| COGENT BRAIN, P.S., <br><br> Plaintiff, <br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, INC, a Washington corporation, and FIRST NATIONAL INSURANCE OF AMERICA, a Washington corporation; LIBERTY MUTUAL FIRE INSURANCE CO. and LIBERTY MUTUAL INSURANCE COMPANY, foreign insurance companies. <br><br> Defendants. | No. 2:23-cv-00544-KKE <br><br> **STIPULATED MOTION AND ORDER REGARDING VOLUNTARY DISMISSAL** |
| LAWRENCE A. THOMAS, DC, PS, d/b/a CAPITOL HILL CHIROPRACTIC and BC CHIROPRACTIC d/b/a Cooper Chiropractic, <br><br> Plaintiff, <br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, INC, a Washington corporation, and FIRST NATIONAL INSURANCE OF AMERICA, a Washington corporation; LIBERTY MUTUAL FIRE INSURANCE CO. and LIBERTY MUTUAL INSURANCE COMPANY, foreign insurance companies. <br><br> Defendants. | No. 2:23-cv-00545-KKE |

STIPULATION AND ORDER OF DISMISSAL- 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

Plaintiffs have agreed to voluntarily dismiss their claims against Defendants, Safeco Insurance Company of America, Inc, First National Insurance of America, Liberty Mutual Fire Insurance Co., and Liberty Mutual Insurance Company.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A), all parties who have appeared may stipulate to dismissal in writing. The parties hereby stipulate to dismissal of the matter with prejudice and without costs to any party.

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

DATED this 7th day of May, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

Presented by:

BRESKIN JOHNSON & TOWNSEND, PLLC

/s Cynthia J. Heidelberg
Cynthia J. Heidelberg, WSBA # 44121
1000 Second Avenue, Suite 3670
Seattle, WA 98104
(206) 652-8660 Fax (206) 652-8290
cheidelberg@bjtlegal.com

*Attorney for Plaintiffs*

WILSON SMITH COCHRAN DICKERSON

*s/ Sarah L. Eversole*
Sarah L. Eversole, WSBA# 36335
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100 T | 206-623-9273
eversole@wscd.com

SAUL EWING LLP

*s/ James A. Morsch*
James A. Morsch, *Pro Hac Vice*
161 North Clark Street, Suite 4200
Chicago, IL 60601
312-876-7866 P | 312-876-0288 F
jim.morsch@saul.com

*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL- 3

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660